■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO MONTANO, Appellant.—Appeal by the defendant from a judgment of the County Court, Putnam County (Braatz, J.), rendered November 29, 1989.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Brown, Sullivan, Harwood and Miller, JJ., concur.